**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CARLOS ISRAEL ROMAN,

        Plaintiff,

v.                                              Case No: 6:17-cv-1392-Orl-40JRK

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Complaint (Doc. 1) filed July 28, 2017 appealing the Commissioner of the Social Security Administration's final decision denying his claim for disability insurance benefits. The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 25, 2018 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** pursuant to 42 U.S.C. § 405(g) and **REMANDED** with the following instructions:

(A) Reevaluate Plaintiff's subjective complaints, and if rejecting them, clearly articulate the reasons for doing so;

(B) Reevaluate Plaintiff's treatment notes from the VA, clearly indicating the weight assigned to the medical opinions they contain;

(C) Reevaluate the VA's disability rating, seriously considering and closely scrutinizing the VA's disability determination

(D) Reevaluate, if appropriate, Plaintiff's residual functional capacity and the hypothetical to the VE; and

(E) Take such other action as may be necessary to resolve this matter properly.

3. The Clerk is **DIRECTED** to enter judgment as described herein and to close the file.

4. Plaintiff's counsel is advised that, in the event benefits are awarded on remand, any § 402(b) fee application shall be filed within the parameters set forth by the Order entered in Case No. 6:12-mc-124-Orl-22 (In Re: Procedures for Applying for Attorney's Fees Under 42 U.S.C. § 402(b)).

**DONE AND ORDERED** in Orlando, Florida on August 9, 2018.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties