**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CARLOS ISRAEL ROMAN,

    Plaintiff,

v.                                                      Case No: 6:17-cv-1392-Orl-40JRK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 28) filed on September 19, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 24, 2018 (Doc. 29), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d) (Doc. 28) is **GRANTED** to the extent that the Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant for attorney's fees in the amount of **$7,673.25** pursuant to 28 U.S.C. § 2412(d).

3. The Motion is otherwise **DENIED**.

4. The Commissioner may exercise her discretion to honor Plaintiff's assignment of fees to counsel if the U.S. Department of Treasury determines that Plaintiff does not owe a debt to the U.S. Government.

**DONE AND ORDERED** in Orlando, Florida on October 10, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties